UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THOMAS LIEVEN, Derivatively on Behalf of
TRANSACTION SYSTEMS ARCHITECTS, INC.,

        Plaintiff,

-against-

HARLAN F. SEYMOUR, et al.,

        Defendants,

-and-

TRANSACTION SYSTEM ARCHITECTS, INC.,
a Deleware Corporation,

        Nominal Defendant.
------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 8 2007

07 Civ. 3849 (PAC)

ORDER

HONORABLE PAUL A. CROTTY, United States District Judge:

The Court has received the parties' "stipulation and [proposed] pre-trial order No. 1 consolidating cases for all purposes, appointing lead plaintiff and lead counsel, and setting schedule" dated July 5, 2007. The Court will not endorse the order at this time for the following reasons: (1) Before the Court will appoint the Lead Plaintiff and Lead Counsel, the prospective Lead Plaintiff and Lead Counsel must properly move the Court for appointment, while making the requisite showings of qualification under the PSLRA, even if the motion is unopposed; and (2) Consolidation is premature as there have not been any related cases filed to date.

Dated: New York, New York
      July 18, 2007

SO ORDERED

/s/ Paul A. Crotty
PAUL A. CROTTY
United States District Judge