UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

THOMAS J. LIEVEN, Derivatively on Behalf of ) Case No. 1:07-cv-03849-PAC
TRANSACTION SYSTEMS ARCHITECTS )
INC., ) ECF
 )
    Plaintiff, )
 )
vs. ) **NOTICE OF APPEARANCE**
 )
HARLAN F. SEYMOUR, PHILIP G. )
HEASLEY, DAVID R. BANKHEAD, )
DENNIS P. BYRNES, MARK R. VIPOND, )
GREGORY D. DERKACHT, ANTHONY J. )
PARKINSON, JIM D. KEVER, ROGER K. )
ALEXANDER, JOHN D. CURTIS, JOHN E. )
STOKELY and JOHN M. SHAY, JR., )
 )
    Defendants, )
 )
- and - )
 )
TRANSACTION SYSTEMS ARCHITECTS, )
INC., a Delaware corporation, )
 )
    Nominal Defendant., )

------------------------------------------------------------ x

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned attorney hereby appears as attorney of record for defendants Harlan F. Seymour, Philip G. Heasley, David R. Bankhead, Dennis P. Byrnes, Mark R. Vipond, Gregory D. Derkacht, Anthony Parkinson, Jim D. Kever, Roger K. Alexander, John D. Curtis, John E. Stokely, John M. Shay, Jr. and nominal defendant Transaction Systems Architects, Inc., and further requests that copies of all papers in this action be served upon him at the address set forth below.

NYI-4008547v1

Dated: July 26, 2007                               Respectfully submitted,


                                                   *s/ Robert W. Gaffey*
                                                   Robert W. Gaffey (RG-4004)
                                                   JONES DAY
                                                   222 East 41st Street
                                                   New York, NY 10017-6702
                                                   Telephone:  (212) 326-3939
                                                   Facsimile:  (212) 755-7306
                                                   Email: rwgaffey@jonesday.com

## CERTIFICATE OF SERVICE

The foregoing NOTICE OF APPEARANCE was served on all counsel of record on July 26, 2007 by electronic mail through the Court's CM/ECF system and by U.S. Mail to the following:

William S. Lerach
Travis E. Downs, III
Darren J. Robbins
Lerach Couglin Stoia Geller Rudman & Robbins, LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
(619) 231-1058
(619) 231-7423 (fax)

Samuel Howard Rudman
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, LLP(LIs)
58 South Service Road
Suite 200
Melville, NY 11747
631-367-7100
631-367-1173 (fax)
srudman@lerachlaw.com

Robert Weiser
The Weisler Law Firm
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
610-225-2677
610-225-2678 (fax)

<i>s/ Arthur J. Margulies</i>