UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

| | |
|---|---|
| THOMAS J. LIEVEN, Derivatively on Behalf of TRANSACTION SYSTEMS ARCHITECTS INC., <br><br> Plaintiff, <br><br> vs. <br><br> HARLAN F. SEYMOUR, PHILIP G. HEASLEY, DAVID R. BANKHEAD, DENNIS P. BYRNES, MARK R. VIPOND, GREGORY D. DERKACHT, ANTHONY J. PARKINSON, JIM D. KEVER, ROGER K. ALEXANDER, JOHN D. CURTIS, JOHN E. STOKELY and JOHN M. SHAY, JR., <br><br> Defendants, <br><br> - and - <br><br> TRANSACTION SYSTEMS ARCHITECTS, INC., a Delaware corporation, <br><br> Nominal Defendant., | Case No. 1:07-cv-03849-PAC <br><br> ECF <br><br><br> **NOTICE OF APPEARANCE** |

------------------------------------------------------------- x

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned attorney hereby appears as attorney of record for defendants Harlan F. Seymour, Philip G. Heasley, David R. Bankhead, Dennis P. Byrnes, Mark R. Vipond, Gregory D. Derkacht, Anthony Parkinson, Jim D. Kever, Roger K. Alexander, John D. Curtis, John E. Stokely, John M. Shay, Jr. and nominal defendant Transaction Systems Architects, Inc., and further requests that copies of all papers in this action be served upon him at the address set forth below.

1

Dated: July 26, 2007                                      Respectfully submitted,


                                                          *s/ Meir Feder*
                                                          Meir Feder (MF-2574)
                                                          JONES DAY
                                                          222 East 41st Street
                                                          New York, NY 10017-6702
                                                          Telephone:  (212) 326-3939
                                                          Facsimile:  (212) 755-7306
                                                          Email: mfeder@jonesday.com

## CERTIFICATE OF SERVICE

The foregoing NOTICE OF APPEARANCE was served on all counsel of record on July 26, 2007 by electronic mail through the Court's CM/ECF system and by U.S. Mail to the following:

William S. Lerach
Travis E. Downs, III
Darren J. Robbins
Lerach Couglin Stoia Geller Rudman & Robbins, LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
(619) 231-1058
(619) 231-7423 (fax)

Samuel Howard Rudman
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, LLP(LIs)
58 South Service Road
Suite 200
Melville, NY 11747
631-367-7100
631-367-1173 (fax)
srudman@lerachlaw.com

Robert Weiser
The Weiser Law Firm
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
610-225-2677
610-225-2678 (fax)

                                        *s/ Arthur J. Margulies*