UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

| | |
|---|---|
| THOMAS J. LIEVEN, Derivatively on Behalf of TRANSACTION SYSTEMS ARCHITECTS INC., <br><br>        Plaintiff, <br><br>vs. <br><br>HARLAN F. SEYMOUR, PHILIP G. HEASLEY, DAVID R. BANKHEAD, DENNIS P. BYRNES, MARK R. VIPOND, GREGORY D. DERKACHT, ANTHONY J. PARKINSON, JIM D. KEVER, ROGER K. ALEXANDER, JOHN D. CURTIS, JOHN E. STOKELY and JOHN M. SHAY, JR., <br><br>        Defendants, <br><br>- and - <br><br>TRANSACTION SYSTEMS ARCHITECTS, INC., a Delaware corporation, <br><br>        Nominal Defendant., | Case No. 1:07-cv-03849-PAC <br><br>ECF <br><br><br><br><br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

------------------------------------------------------------- x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Nominal Defendant Transaction Systems Architects Inc. (now known as ACI Worldwide, Inc.) hereby makes the following disclosure:

   1.   There is no parent corporation to Transaction Systems Architects Inc.

   2.   No publicly held corporation owns 10% or more of the stock of Transaction Systems Architects Inc.

1

NYI-4011066v1

Dated:  July 30, 2007                                             Respectfully submitted,

*s/ Arthur J. Margulies*
Arthur J. Margulies (AM-7777)
JONES DAY
222 East 41st Street
New York, NY 10017-6702
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Email: ajmargulies@jonesday.com

*Attorney for Defendants Harlan F. Seymour, Philip G. Heasley, David R. Bankhead, Dennis P. Byrnes, Mark R. Vipond, Gregory D. Derkacht, Anthony Parkinson, Jim D. Kever, Roger K. Alexander, John D. Curtis, John E. Stokely and John M. Shay, Jr. and Nominal Defendant Transaction Systems Architects, Inc.*

## **CERTIFICATE OF SERVICE**

The foregoing RULE 7.1 CORPORATE DISCLOSURE STATEMENT was served on all counsel of record on July 30, 2007 by electronic mail through the Court's CM/ECF system and by Federal Express to the following:

William S. Lerach
Travis E. Downs, III
Darren J. Robbins
Lerach Couglin Stoia Geller Rudman & Robbins, LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
(619) 231-1058
(619) 231-7423 (fax)

Samuel Howard Rudman
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, LLP(LIs)
58 South Service Road
Suite 200
Melville, NY 11747
631-367-7100
631-367-1173 (fax)

Robert Weiser
The Weisler Law Firm
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
610-225-2677
610-225-2678 (fax)

*s/ Arthur J. Margulies*