UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

| | |
|---|---|
| THOMAS J. LIEVEN, Derivatively on Behalf of TRANSACTION SYSTEMS ARCHITECTS INC., <br><br> Plaintiff, <br><br> vs. <br><br> HARLAN F. SEYMOUR, PHILIP G. HEASLEY, DAVID R. BANKHEAD, DENNIS P. BYRNES, MARK R. VIPOND, GREGORY D. DERKACHT, ANTHONY J. PARKINSON, JIM D. KEVER, ROGER K. ALEXANDER, JOHN D. CURTIS, JOHN E. STOKELY and JOHN M. SHAY, JR., <br><br> Defendants, <br><br> - and - <br><br> TRANSACTION SYSTEMS ARCHITECTS, INC., a Delaware corporation, <br><br> Nominal Defendant., | Case No. 1:07-cv-03849-PAC <br><br> ECF <br><br><br> **NOTICE OF MOTION TO ADMIT PATRICIA J. VILLAREAL PRO HAC VICE** |

-------------------------------------------------------------- x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, Arthur J. Margulies, a member in good

Dated: August 3, 2007
New York, New York

Respectfully submitted

*[signature]*

Arthur J. Margulies (AM-7777)
JONES DAY
222 East 41st Street
New York, NY 10017-6702
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Email: ajmargulies@jonesday.com

*Attorney for Defendants Harlan F. Seymour, Philip G. Heasley, David R. Bankhead, Dennis P. Byrnes, Mark R. Vipond, Gregory D. Derkacht, Anthony Parkinson, Jim D. Kever, Roger K. Alexander, John D. Curtis, John E. Stokely and John M. Shay, Jr. and Nominal Defendant Transaction Systems Architects, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
THOMAS J. LIEVEN, Derivatively on Behalf of ) Case No. 1:07-cv-03849-PAC
TRANSACTION SYSTEMS ARCHITECTS )
INC., ) ECF
 )
        Plaintiff, )
 )
 ) **AFFIDAVIT OF ARTHUR J.**
vs. ) **MARGULIES IN SUPPORT OF**
 ) **MOTION TO ADMIT PATRICIA J.**
HARLAN F. SEYMOUR, PHILIP G. ) **VILLAREAL PRO HAC VICE**
HEASLEY, DAVID R. BANKHEAD, )
DENNIS P. BYRNES, MARK R. VIPOND, )
GREGORY D. DERKACHT, ANTHONY J. )
PARKINSON, JIM D. KEVER, ROGER K. )
ALEXANDER, JOHN D. CURTIS, JOHN E. )
STOKELY and JOHN M. SHAY, JR., )
 )
        Defendants, )
 )
- and - )
 )
TRANSACTION SYSTEMS ARCHITECTS, )
INC., a Delaware corporation, )
 )
        Nominal Defendant., )
------------------------------------------------------------x

State of New York    )
                    ) ss:

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on April 19, 2004. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Patricia J. Villareal is a partner with Jones Day. Her business address is 2727 N. Harwood Street, Dallas, Texas 75201.

4. A Certificate of Good Standing issued to Ms. Villareal by the State Bar of Texas is annexed hereto as Exhibit A.

5. I have found Ms. Villareal to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Patricia J. Villareal, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Patricia J. Villareal, pro hac vice, which is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit Patricia J. Villareal, pro hac vice, to represent Defendants in the above-captioned matter, be granted.

Dated: August 3, 2007
New York, New York                               Respectfully submitted

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

July 13, 2007

RE:  **Ms. Patricia J. Villareal**
      State Bar Number - **20581830**

To Whom it May Concern:

This is to certify that Ms. Patricia J. Villareal was licensed to practice law in Texas on November 24, 1980 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

| | |
|---|---|
| THOMAS J. LIEVEN, Derivatively on Behalf of ) <br> TRANSACTION SYSTEMS ARCHITECTS ) <br> INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HARLAN F. SEYMOUR, PHILIP G. ) <br> HEASLEY, DAVID R. BANKHEAD, ) <br> DENNIS P. BYRNES, MARK R. VIPOND, ) <br> GREGORY D. DERKACHT, ANTHONY J. ) <br> PARKINSON, JIM D. KEVER, ROGER K. ) <br> ALEXANDER, JOHN D. CURTIS, JOHN E. ) <br> STOKELY and JOHN M. SHAY, JR., ) <br> ) <br> Defendants, ) <br> ) <br> - and - ) <br> ) <br> TRANSACTION SYSTEMS ARCHITECTS, ) <br> INC., a Delaware corporation, ) <br> ) <br> Nominal Defendant., ) | Case No. 1:07-cv-03849-PAC <br><br> ECF <br><br><br><br><br> **ORDER TO ADMIT PATRICIA J.** <br> **VILLAREAL PRO HAC VICE** |

------------------------------------------------------------- x

Upon the motion of Arthur J. Margulies, attorney for defendants Harlan F. Seymour,

is admitted to practice pro hac vice as counsel for Defendants in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: _____, 2007

_____
United States District Judge

## CERTIFICATE OF SERVICE

The foregoing documents were served on all counsel of record on August 3, 2007 by electronic mail through the Court's CM/ECF system and by U.S. Mail to the following:

Samuel Howard Rudman
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, LLP(LIs)
58 South Service Road, Suite 200
Melville, NY 11747
631-367-7100
631-367-1173 (fax)

William S. Lerach
Travis E. Downs, III
Darren J. Robbins
Lerach Couglin Stoia Geller Rudman & Robbins, LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058
(619) 231-7423 (fax)

Robert Weiser
The Weiser Law Firm
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
610-225-2677
610-225-2678 (fax)