UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 0 2007
```

---------------------------------------------------------------- x

THOMAS J. LIEVEN, Derivatively on Behalf of ) Case No. 1:07-cv-03849-PAC
TRANSACTION SYSTEMS ARCHITECTS )
INC., ) ECF
 )
 )
       Plaintiff, )
 )
vs. ) **ORDER TO ADMIT PATRICIA J.**
 ) **VILLAREAL PRO HAC VICE**
HARLAN F. SEYMOUR, PHILIP G. )
HEASLEY, DAVID R. BANKHEAD, )
DENNIS P. BYRNES, MARK R. VIPOND, )
GREGORY D. DERKACHT, ANTHONY J. )
PARKINSON, JIM D. KEVER, ROGER K. )
ALEXANDER, JOHN D. CURTIS, JOHN E. )
STOKELY and JOHN M. SHAY, JR., )
 )
       Defendants, )
 )
- and - )
 )
TRANSACTION SYSTEMS ARCHITECTS, )
INC., a Delaware corporation, )
 )
       Nominal Defendant., )

---------------------------------------------------------------- x

    Upon the motion of Arthur J. Margulies, attorney for defendants Harlan F. Seymour, Philip G. Heasley, David R. Bankhead, Dennis P. Byrnes, Mark R. Vipond, Gregory D. Derkacht, Anthony Parkinson, Jim D. Kever, Roger K. Alexander, John D. Curtis, John E. Stokely, John M. Shay, Jr. and nominal defendant Transaction Systems Architects, Inc. ("Defendants"), and said sponsor attorney's affidavit in support, IT IS HEREBY ORDERED:

|  |  |
|---|---|
| Applicant's Name: | Patricia J. Villareal |
| Firm Name: | Jones Day |
| Address: | 2727 N. Harwood Street |
|  | Dallas, Texas 75201-1515 |
| Phone Number: | 214-220-3939 |
| Fax Number: | 214-969-5100 |
| Email: | pjvillareal@jonesday.com |

NYI-4010622v1

- 2 -

is admitted to practice pro hac vice as counsel for Defendants in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: _August 20_, 2007

_____
United States District Judge