UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| THOMAS J. LIEVEN, Derivatively on Behalf of TRANSACTION SYSTEMS ARCHITECTS, INC., | Civil Action No. 07-CV-3849 |
|  | Judge Crotty |
| Plaintiff, | NOTICE OF FIRM NAME CHANGE |
| vs. |  |
| HARLAN F. SEYMOUR, et al., |  |
| Defendants, |  |
| – and – |  |
| TRANSACTION SYSTEMS ARCHITECTS, INC., a Delaware corporation, |  |
| Nominal Defendant. |  |

TO: THE CLERK OF COURT AND ALL PARTIES

PLEASE TAKE NOTICE that the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP has changed its name to COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP.

The addresses, telephone and facsimile numbers will remain the same. Please update your records accordingly.

DATED: September 14, 2007     COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN (SR-7957)


                         s/ Samuel H. Rudman
             SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone: 631/367-7100
631/367-1173 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
TRAVIS E. DOWNS III
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
121 N. Wayne Avenue, Suite 100
Wayne, PA  19087
Telephone: 610/225-2677
610/225-2678 (fax)

Attorneys for Plaintiff

S:\Notice Information\Transaction Systems Derv.doc

CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 14, 2007.

                                                          s/ Samuel H. Rudman
                                                          SAMUEL H. RUDMAN

                                                          COUGHLIN STOIA GELLER
                                                                   RUDMAN & ROBBINS LLP
                                                         58 South Service Road, Suite 200
                                                         Melville, NY  11747
                                                         Telephone:  631/367-7100
                                                         631/367-1173 (fax)

                                                         E-mail:  SRudman@csgrr.com

# Mailing Information for a Case 1:07-cv-03849-PAC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Meir Feder**
  mfeder@jonesday.com,dpjacobson@jonesday.com

- **Robert W. Gaffey**
  rwgaffey@jonesday.com,dpjacobson@jonesday.com

- **Arthur J. Margulies**
  ajmargulies@jonesday.com,dpjacobson@jonesday.com

- **Samuel Howard Rudman**
  srudman@csgrr.com,e_file_ny@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Travis E. Downs                                          , III
Lerach Couglin Stoia Geller Rudman & Robbins, LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

William S. Lerach
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins L.L.P.
655 West Broadway
Suite 1900
San Diego, CA 92101-3301

Darren J. Robbins
Lerach Couglin Stoia Geller Rudman & Robbins, LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Robert Weiser
The Weisler Law Firm
121 N. Wayne Avenue
Suite 100
Wayne, PA 19087
```